Stickle *v.* High Standard Steel Co. 78 *Eq.*

BYRON K. STICKLE et al., complainants-respondents,

*v.*

HIGH STANDARD STEEL COMPANY, defendants-appellants.

[Argued March 16th, 1911. Decided June 19th, 1911.]

On appeal of George D. Hendrickson, receiver, from a decree of the court of chancery advised by Vice-Chancellor Howell.

*Mr. George D. Hendrickson, pro se,* for the appellants.

*Messrs. Pitney, Hardin & Skinner,* for the respondents.

PER CURIAM.

The decree is affirmed, for the reasons stated in the opinion on the appeal of Alfred W. Hoyt, *ante p. 549.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREEDENBURGH, CONGDON, SULLIVAN—12.

*For reversal*—None.